61 A.3d 146

IN THE MATTER OF RONALD J. STAGLIANO, AN ATTORNEY AT LAW (ATTORNEY NO. 002501980).

March 7, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–201, concluding that **RONALD J. STAGLIANO** of **WILDWOOD,** who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 1.7 (conflict of interest), and good cause appearing;

It is ORDERED that **RONALD J. STAGLIANO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.